# NOTIFICATION OF NO RECORD MADE

Court of Appeals No., if known:    01-14-00435-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
08/05/15 10:29:31 AM
KEITH E. HOTTLE
Clerk

Trial Court Style:       Auglle, L.L.C., Wrap it up, L.L.C., James A. McVey, Jr., Individually and Valdis Karlis Gravis Krumins, Individually vs. David A. Monroe, E-Watch Corporation, E-Watch, Inc., Each Individually and Member of Power Surveillance Corporation, L.L.C.

Trial Court No.:        2015-CI-07230

I am the official court reporter for the 225th District Court. I have searched my records and found that I made no record in the above-referenced cause. I have also searched the district clerk's records and found no entry in their system to indicate that a record in the above-referenced cause was made by myself .

Date: 8/5/15                    Signature:  /s/ Cynthia S. Hyatt
                               Printed Name: Cynthia S. Hyatt

                               Title: Official Court Reporter
                                    225th District Court
                                    Bexar County Courthouse
                                    San Antonio, Texas 78205
                                    (210) 335-2465
                                    chyatt@bexar.org